NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK ALLEN TAYLOR,               )
                                 )
            Appellant,           )
                                 )
v.                               )        Case No. 2D17-3390
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____  )

Opinion filed January 23, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

David W. Collins, Monticello, for
Appellant.

Ashley Brooke Moody, Attorney
General, Tallahassee, and Laurie
Benoit-Knox, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.